02-13-050-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-13-00050-CV


 
 
 In re Emil Lippe, Jr., Law Offices of Lippe &
 Associates, David Line, The Line Law Firm, Sun Tec Computer, Inc., Adisu S.
 Tadesse, Won Pak, and Ronny Luong
 
 
  
 
 
 RELATORS
 
 


 

 

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relators’ petition for writ of mandamus and is of the
opinion that relief should be denied.  Accordingly, relators’ petition for writ
of mandamus is denied.

 

PER CURIAM

 

PANEL: 
GABRIEL, DAUPHINOT, and GARDNER, JJ.

 

DELIVERED: 
March 11, 2013









[1]See
Tex. R. App. P. 47.4, 52.8(d).